M. P. No. 77-19. WILLIAM H. BAILEY *et al. v.* ROBERT F. BURNS, *Secretary of State.* Petition for writ of mandamus is assigned to the calendar for February 11, 1977 at 9:30 a.m. for

oral argument. Bevilacqua, C.J., not participating. *John A. O'Neill, Jr., Louis A. Mascia,* for petitioners. *Julius C. Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, for respondent.